

366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675
201.664.8855
FAX: 201.666.8589
www.denbeauxlaw.com

August 31, 2018

Joshua W. Denbeaux
Abigail D. Kahl

Of Counsel
Mark P. Denbeaux*
*Admitted in NJ and NY

*Filed via ECF*

Hon. Michael A. Shipp, USDJ
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ  08608

Re:  Sequeira v. JP Morgan Chase Bank, NA
     Case No. 16-cv-5278-MAS-LHG

Dear Judge Shipp:

As Your Honor is aware, this office represents Plaintiff in this matter.

Plaintiff requests an adjournment of Defendant JPMorgan Chase Bank's pending Motion to Dismiss, Docket Entry No. 45. This request is made pursuant to D.NJ.R. 7.1(d)(5). The return date of the pending motion has not been previously extended or adjourned.

Pursuant to D.NJ.R. 7.1(d)(5), Plaintiff requests that the motion be adjourned from September 17, 2018 to the next available motion date, October 1, 2018. Pursuant to the applicable rules, Plaintiff's deadline for filing opposition papers would be September 17, 2018.

We thank Your Honor for consideration of this request.

Respectfully submitted,

DENBEAUX & DENBEAUX

/s/ Joshua W. Denbeaux
By: Joshua W. Denbeaux

JWD:jc

cc:  All Counsel of Record *via ECF*
     Keith Sequeira